IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDREW H. MYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:10cv131 (AJT/JFA) |
| ) | |
| SEUNG HEUN LEE, *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

Upon consideration of the motions to dismiss filed by defendants (Doc. Nos. 18, 22, 26, 29, 32, and 45), the oppositions thereto, and the argument of counsel at the hearing held on June 4, 2010, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the motions to dismiss be, and the same hereby are, GRANTED in part and DENIED in part; and it is

FURTHER ORDERED that the motions to dismiss as to counts I and II be, and the same hereby are, DENIED as to all defendants; it is

FURTHER ORDERED that the motions to dismiss as to counts V and VI be, and the same hereby are, DENIED as to defendant Dahn Yoga & Healing Family Center and GRANTED as to all other defendants, with leave to amend the complaint; it is

FURTHER ORDERED that the motions to dismiss as to count VII be, and the same hereby are, GRANTED; it is

FURTHER ORDERED that the motions to dismiss as to count VIII be, and the same hereby are, DENIED as to defendant Dahn Yoga & Healing Family Center and GRANTED as to all other defendants, with leave to amend the complaint, it is

FURTHER ORDERED that the motions to dismiss as to count IX are GRANTED as to all defendants; it is

FURTHER ORDERED that the motions to dismiss as to count X is GRANTED as to all defendants, with leave to amend the complaint; it is

FURTHER ORDERED that the motion to dismiss by defendant Dahn World for lack of personal jurisdiction be, and the same hereby is, DENIED without prejudice; and it is

FURTHER ORDERED that plaintiff file any amended complaint on or before July 23, 2010.

The Clerk is directed to forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 12, 2010